IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02413-BNB
(**The above civil action number must appear on all future papers
 sent to the Court in this action.  Failure to include this number
 may result in a delay in the consideration of your claims.**)

LOUIS R. BELTRAN, et al.

　　　Plaintiffs,

v.

FRANCES FALK,
MATT HANSEN,
MAJOR BUTCHER,
CAPT. PLIEMAN,
CAPT. GABRIEL,
LT. KIRKLAND,
LT. KAREN COOPER, and
P. TORIBIO,

　　　Defendants.

---

**ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES**
,

　　　On August 29, 2014, Plaintiffs, who apparently are prisoners in the custody of the Colorado Department of Corrections currently incarcerated at the correctional facility in Limon, Colorado, submitted *pro se* a Prisoner Complaint (ECF No. 1) signed by six individuals whose names are illegible and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2) signed by six individuals whose names are illegible.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this order. Plaintiffs will be directed to cure the following if they wish to pursue any claims in this Court in this action.  Any papers that Plaintiffs file in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __X__   is not submitted (Each Plaintiff must submit his **own** Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and must use and complete all pages of the Court's current form revised 10/01/12 with Authorization and Certificate of Prison Official)
(2)   ____   is missing affidavit
(3)   __X__   is missing certified copy of prisoner's trust fund statement for each Plaintiff for the **6-month period immediately preceding** this filing
(4)   ____   is missing certificate showing current balance in prison account
(5)   ____   is missing required financial information
(6)   ____   is missing authorization to calculate and disburse filing fee payments
(7)   ____   is missing an original signature by the prisoner
(8)   ____   is not on proper form
(9)   ____   names in caption do not match names in caption of complaint, petition or habeas application
(10)  __X__   other:  Plaintiffs may elect to pay the $400.00 filing fee in full in lieu of submitting individual § 1915 motions and affidavits for each Plaintiff.

**Complaint, Petition or Application**:
(11)  ____   is not submitted
(12)  ____   is not on proper form
(13)  ____   is missing original signatures by prisoners
(14)  ____   is missing page nos. ____
(15)  __X__   uses et al. instead of listing all parties in caption
(16)  ____   names in caption do not match names in text
(17)  ____   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  __X__   other:  Names of Plaintiffs are illegible.

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above **within thirty days from the date of this order**.  Any papers that Plaintiffs file in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiffs shall obtain the Court-approved forms for filing a Prisoner Complaint and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of their case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if any Plaintiff fails to cure the designated deficiencies as directed **within thirty days from the date of this order**, that Plaintiff will be dismissed as a party to this action and the action may be dismissed without further notice. It is

FURTHER ORDERED that the clerk of the Court mail a copy of this order to the only known Plaintiff, Louis R. Beltran.

DATED September 2, 2014, at Denver, Colorado.

                                          BY THE COURT:

                                          s/Boyd N. Boland
                                          United States Magistrate Judge